INTERNATIONAL MUTOSCOPE REEL CO., INC., et al., Appellants, *v.* LEWIS J. VALENTINE, Individually and as Police Commissioner of the City of New York, Respondent.

(Argued May 18, 1936; decided June 2, 1936.)

*Arthur J. W. Hilly, Robert H. Sterling* and *Joseph Sterling* for appellants.

*Paul Windels, Corporation Counsel (Paxton Blair, Alvin McKinley Sylvester* and *Charles C. Weinstein* of counsel), for respondent.

Judgment affirmed, with costs, upon the ground that the case is not one for a declaratory judgment. No opinion.

Concur: CRANE, Ch. J., O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.; LEHMAN, J., taking no part.